UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:12CR048 RWS NAB |
| | ) | |
| DERRICK BUCHANAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion to Continue the Evidentiary

Hearing [Doc. #37] filed on March 9, 2012.  In support of the Motion Defendant stated that the

parties have been discussing a possible disposition of this matter which would obviate the need

for an evidentiary hearing.

Defendant requested that the evidentiary hearing previously set for March 13, 2012 be

continued.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds

that to deny Defendant's request for such additional time would deny counsel for Defendant the

reasonable time necessary for effective investigation and preparation of pretrial motions, taking

into account the exercise of due diligence, and that the ends of justice served by granting

Defendant's request for additional time outweigh the best interest of the public and Defendant in

a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare

pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a

speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Evidentiary

Hearing [Doc. #37] is **GRANTED.** The evidentiary hearing previously set for **March 13, 2012**

shall be continued until **March 29, 2012 at 10:00 a.m**.


                                           /s/ Nannette A. Baker
                                         NANNETTE A. BAKER
                                         UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of March, 2012.